UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JOSUE ELIAS LANZA VELASQUEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:26-CV-00038 |
| § | |
| **KRISTI NOEM**, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Pending before the Court is Josue Elias Lanza Velasquez's ("Petitioner") Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner lists the following as respondents in their official capacities: Kristi Noem, Secretary of Homeland Security; Pamela Bondi, U.S. Attorney General; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Miguel Vergara, San Antonio Field Office Director; Perry Garcia, Warden of the La Salle County Regional Detention Center. (Dkt. 1 at 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to submit a response and serve it on Petitioner no later than **January 21, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Petitioner is **ORDERED** to submit a reply to Respondents Response on or before **January 26, 2026**.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

**U.S. Department of Homeland Security**

**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Acting Director for U.S. Immigration and Customs Enforcement Todd Lyons, or his designee may be served at:

**U.S. Immigration and Customs Enforcement**
**500 12th St., SW**
**Washington, D.C. 20536**

Respondent Field Office Director for the ICE Enforcement and Removal Operations (ERO) San Antonio Field Office Miguel Vergara, or his designee may be served at:

**Field Office Location**
**1777 NE Loop 410, Floor 15**
**San Antonio, TX 78217**

Respondent Warden of the La Salle County Regional Detention, or his designee may be served at:

**Warden of the La Salle County Regional Detention**
**832 East Texas HWY 44**
**Encinal, TX 78019**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St.,**
**Suite 2300,**
**Houston, Texas 77002**

The Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office
11204 McPherson Road, Suite 100A
Laredo, Texas 78045**

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at *5 (W.D. Tex. Sept. 12, 2025).

IT IS SO ORDERED.

SIGNED this January 13, 2026.

Diana Saldaña
United States District Judge